1  ROBBINS ARROYO LLP
   BRIAN J. ROBBINS (#190264)
2  FELIPE J. ARROYO (#163803)
   SHANE P. SANDERS (#237146)
3  600 B Street, Suite 1900
   San Diego, CA 92101
4  Telephone: (619) 525-3990
   Facsimile: (619) 525-3991
5  E-mail: brobbins@robbinsarroyo.com
           farroyo@robbinsarroyo.com
6          ssanders@robbinsarroyo.com

7  *Attorneys for Plaintiffs*

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

| | |
|---|---|
| 11  DAVID SUMMER, Derivatively on Behalf of ) Behalf of YAHOO! INC., ) | Case No. 5:17-cv-00787-LHK |
| 12  ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| 13  v.  ) | **ORDER CONSOLIDATING RELATED** |
| ) | **DERIVATIVE ACTIONS AND** |
| 14  MARISSA A. MAYER, DAVID FILO, ) | **APPOINTING LEAD COUNSEL FOR** |
| KENNETH A. GOLDMAN, ERIC K. ) | **PLAINTIFFS** |
| 15  BRANDT, MAYNARD G. WEBB, JR., ) | |
| THOMAS J. MCINERNEY, JANE E. SHAW, ) | |
| 16  CATHERINE J. FRIEDMAN, TOR R. ) | |
| BRAHAM, EDDY W. HARTENSTEIN, ) | |
| 17  RICHARD S. HILL, JEFFREY C. SMITH, ) | |
| MAX R. LEVCHIN, SUSAN M. JAMES, ) | |
| 18  CHARLES R. SCHWAB, H. LEE SCOTT, ) | |
| JR., and PETER LIGUORI, ) | |
| 19  ) | |
| Defendants, ) | |
| 20  and  ) | |
| ) | |
| 21  YAHOO! INC., a Delaware corporation, ) | |
| ) | |
| 22  Nominal Defendant. ) | Date Action Filed:  February 16, 2017 |
| ) | |
| 23  | |

24  *[Caption continued on next page.]*

| | | |
|---|---|---|
| JAY BOWSER, Derivatively on Behalf of Behalf of YAHOO! INC., | ) ) ) | Case No. 5:17-cv-00810-LHK |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MARISSA A. MAYER, DAVID FILO, KENNETH A GOLDMAN, ERIC K. BRANDT, MAYNARD G. WEBB, JR., THOMAS J. MCINERNEY, JANE E. SHAW, CATHERINE J. FRIEDMAN, TOR R. BRAHAM, EDDY W. HARTENSTEIN, RICHARD S. HILL, JEFFREY C. SMITH, MAX R. LEVCHIN, SUSAN M. JAMES, CHARLES R. SCHWAB, H. LEE SCOTT, JR., and PETER LIGUORI, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| YAHOO! INC., a Delaware corporation, | ) ) | |
| Nominal Defendant. | ) ) ) | Date Action Filed: February 17, 2017 |

1
2
3
4
5
6

**WHEREAS,** there are presently two related stockholder derivative actions currently pending in this District against the Individual Defendants,[1] who are certain current and former directors and officers of nominal defendant Yahoo! Inc. ("Yahoo") (Yahoo, together with the Individual Defendants, is collectively referred to herein as "Defendants"): *Summer v. Mayer, et al.*, Case No. 5:17-cv-00787-LHK and *Bowser v. Mayer, et al.*, Case No. 5:17-cv-00810-LHK (together, the "Related Derivative Actions");[2]

7
8
9

**WHEREAS,** under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

10
11

**WHEREAS,** the Related Derivative Actions challenge similar alleged conduct by Yahoo's directors and executive officers and involve common questions of law and fact;

12
13

**WHEREAS,** the parties therefore respectfully submit that consolidation of the Related Derivative Actions is appropriate;

14
15

**WHEREAS,** to avoid potentially duplicative actions and to prevent any waste of the Court's resources, the parties agree that the Related Derivative Actions should be related and

16
17
18
19
20

[1] The "Individual Defendants" include Marissa A. Mayer, David Filo, Kenneth A. Goldman, Eric K. Brandt, Maynard G. Webb, Jr., Thomas J. McInerney, Jane E. Shaw, Catherine J. Friedman, Tor R. Braham, Eddy W. Hartenstein, Richard S. Hill, Jeffrey C. Smith, Max R. Levchin, Susan M. James, Charles R. Schwab, H. Lee Scott, Jr., and Peter Liguori.

21
22
23
24
25
26

[2] Additionally, one consolidated putative class action alleging violations of the federal securities laws against Yahoo and certain Yahoo officers is pending in this District: *In re Yahoo! Inc. Securities Litigation*, Case No. 5:17-cv-00373-LHK (the "Securities Class Action"). The Related Derivative Actions assert different claims for liability but involve some of the same parties and factual allegations as the Securities Class Action. For clarity, the Related Derivative Actions and the Securities Class Action should not be consolidated with one another. While the Related Derivative Actions and the Securities Class Action should be related under Civil Local Rule 3-12, they are not suitable for consolidation because, among other reasons, the Securities Class Action alleges violations of the federal securities laws against Yahoo, whereas plaintiffs in the Related Derivative Actions purport to bring claims on behalf of Yahoo.

27
28

STIPULATION & [PROPOSED] ORDER CONSOLIDATING RELATED DERIVATIVE ACTIONS
AND APPOINTING LEAD COUNSEL FOR PLAINTIFFS

Lead Case No. 5:17-cv-00787-LHK

1    consolidated for all purposes, including pre-trial proceedings and trial, into a single consolidated

2    action (hereinafter referred to as the "Consolidated Derivative Action");

3          **WHEREAS,** the parties agree that Robbins Arroyo LLP shall be designated as Lead

4    Counsel representing plaintiffs in the Consolidated Derivative Action;

5          **WHEREAS,** it is anticipated that plaintiffs will file a consolidated amended complaint,

6    and Defendants anticipate filing one or more motions to dismiss;

7          **WHEREAS,** counsel for the undersigned parties agree that deferring the response

8    deadlines for all Defendants until after plaintiffs file their anticipated consolidated amended

9    complaint will conserve party and judicial resources; and

10         **WHEREAS,** the parties further agree that an initial case management conference,

11    attendant deadlines, and related ADR procedures are premature prior to Defendants' anticipated

12    motions to dismiss and should be deferred until the Court issues a ruling on Defendants'

13    anticipated motions to dismiss.

14         **WHEREFORE,** the parties, through their undersigned counsel, hereby agree, stipulate,

15    and respectfully request that the Court enter an Order as follows:

16         1.    Defendants hereby acknowledge service of the summonses and complaints in the

17    Related Derivative Actions.  Aside from defenses and objections related to the absence of a

18    summons or of service, Defendants expressly reserve all defenses and objections to the

19    complaints filed in the Related Derivative Actions and any complaints filed in the Consolidated

20    Derivative Action, including but not limited to defenses based on lack of personal jurisdiction

21    and improper venue.

22         2.    Defendants need not answer, move or otherwise respond to any of the complaints

23    currently filed in the Related Derivative Actions.

24         3.    The following actions shall be consolidated for all purposes, including pre-trial

25    proceedings and trial, into one consolidated action:

26

27

28

-2-

STIPULATION & [PROPOSED] ORDER CONSOLIDATING RELATED DERIVATIVE ACTIONS
AND APPOINTING LEAD COUNSEL FOR PLAINTIFFS

Lead Case No. 5:17-cv-00787-LHK

| **Case Name** | **Case No.** | **Filing Date** |
| --- | --- | --- |
| *Summer v. Mayer, et al.* | 5:17-cv-00787-LHK | February 16, 2017 |
| *Bowser v. Mayer, et al.* | 5:17-cv-00810-LHK | February 17, 2017 |

4.      Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, must bear the following caption:

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
| --- | --- |
| IN RE YAHOO! INC. SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 5:17-cv-00787-LHK (Consolidated with No. 5:17-cv-00810-LHK) |
| This Document Relates To:        ALL ACTIONS. | Hon. Lucy H. Koh Courtroom: 8, 4th Floor |

5.      The files of the Consolidated Derivative Action will be maintained in one master file under Lead Case No. 5:17-cv-00787-LHK.

6.      Lead Counsel for plaintiffs for the conduct of *In re Yahoo! Inc. Shareholder Derivative Litigation*, Lead Case No. 5:17-cv-00787-LHK, is designated as follows:

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
FELIPE J. ARROYO
SHANE P. SANDERS
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
farroyo@robbinsarroyo.com
ssanders@robbinsarroyo.com

7.      Plaintiffs' Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court.

-3-

The parties further agree that no motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through plaintiffs' Lead Counsel.

8.      Defendants' counsel may rely upon all agreements made with any of plaintiffs' Lead Counsel, or other duly authorized representative of plaintiffs' Lead Counsel, and such agreements will be binding on plaintiffs.

9.      This Order shall apply to each purported derivative action arising out of the same or substantially the same transactions or events as the Related Derivative Actions that is subsequently filed in, removed to, or transferred to this Court.

10.     If a case that properly belongs as part of *In re Yahoo! Inc. Shareholder Derivative Litigation*, Lead Case No. 5:17-cv-00787-LHK, is hereafter filed in this Court or transferred here from another court, plaintiffs' Lead Counsel shall promptly call to the attention of the Clerk of the Court the filing or transfer of any case that might properly be consolidated as part of *In re Yahoo! Inc. Shareholder Derivative Litigation*, Lead Case No. 5:17-cv-00787-LHK.

11.     In the interest of efficiency and avoidance of unnecessary duplication of effort or judicial resources by the Court or the parties, it is further Ordered that (i) within twenty-one (21) days of the entry of an order consolidating the Related Derivative Actions, Plaintiffs' shall file a consolidated complaint, and (ii) the parties shall meet and confer within seven (7) days of Plaintiffs filing the consolidated complaint and propose a schedule with the Court regarding further proceedings in the Consolidated Derivative Action, including the filing of Defendants' anticipated motions to dismiss.  In the event counsel for the parties are unable to agree on a proposed schedule for the conduct of further proceedings, plaintiffs' Lead Counsel and counsel for the Defendants shall submit a joint status report setting forth their respective views regarding further proceedings in the Consolidated Derivative Action.

12.     The initial case management conference currently scheduled for May 24, 2017, attendant deadlines, and related ADR procedures shall be deferred until the Court issues a ruling on Defendants' anticipated motions to dismiss.

1        13.     Pursuant to Fed. R. Civ. P. 5(b)(2)(E), all parties consent to service by e-mail of

2 any document required to be served in the Consolidated Derivative Action.

3       **IT IS SO STIPULATED.**

4 Dated: May 12, 2017               **ROBBINS ARROYO LLP**

5                                 BRIAN J. ROBBINS

                                  FELIPE J. ARROYO

6                                   SHANE P. SANDERS

7                                          */s/ Shane P. Sanders*

8                                     SHANE P. SANDERS

9                                   600 B Street, Suite 1900

                                  San Diego, CA 92101

10                                   Telephone: (619) 525-3990

                                  Facsimile:  (619) 525-3991

11                                   E-mail: brobbins@robbinsarroyo.com

12                                             farroyo@robbinsarroyo.com

                                          ssanders@robbinsarroyo.com

13

14                                   *Counsel for Plaintiffs David Summer*

                                  *and Jay Bowser and [Proposed] Lead*

15                                   *Counsel for Plaintiffs*

16 Dated: May 12, 2017               **MORRISON & FOERSTER LLP**

                                  JUDSON LOBDELL

17

18                                               */s/ Judson Lobdell*

19                                     JUDSON LOBDELL

20                                   425 Market Street

                                  San Francisco, CA 94105

21                                   Telephone: (415) 268-6717

                                  Facsimile:  (415) 268-7522

22                                   E-mail: JLobdell@mofo.com

23                                   *Counsel for Defendants*

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER CONSOLIDATING RELATED DERIVATIVE ACTIONS
AND APPOINTING LEAD COUNSEL FOR PLAINTIFFS
Lead Case No. 5:17-cv-00787-LHK

**SIGNATURE ATTESTATION**

I, Shane P. Sanders, am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Consolidating Related Derivative Actions and Appointing Lead Counsel for Plaintiffs.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained.

Dated: May 12, 2017

/s/ *Shane P. Sanders*

SHANE P. SANDERS

****

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

HON. LUCY H. KOH

UNITED STATES DISTRICT COURT

1157744

-6-

1

**<u>CERTIFICATE OF SERVICE</u>**

2        I hereby certify that on May 12, 2017, a copy of the foregoing Stipulation and [Proposed]

3 Order Consolidating Related Derivative Actions and Appointing Lead Counsel for Plaintiffs was

4 electronically filed with the Clerk of Court in the following actions:

5

6        ***Summer v. Mayer, et al.***, **Case No. 5:17-cv-00787-LHK**

       ***Bowser v. Mayer, et al.***, **Case No. 5:17-cv-00810-LHK**

7

8        Notice of this filing will be sent via e-mail to all parties, in each action, by operation of

9 the Court's electronic filing system or by U.S. Mail to anyone unable to accept electronic filing

10 as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's

11 CM/ECF system.

12

13                                               /s/ *Shane P. Sanders*

                                            SHANE P. SANDERS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28